Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
**Northern** District of **Texas**
**Dallas** Division

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2023 APR 13 PM 2:40
DEPUTY CLERK ___a___

**Deloris Phillips**

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**U.S. Dept. of the Treasury, Commissioner Daniel Werfel, Social Security Administration, Asst. U.S. Attorney Leigha Simonton, Commissioner Kilolb Kijakazi;**

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **3-23CV0785-B**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

**PACER-Public Access to Court Electronics, FBI, TDHHS, Dallas County Texas, City of Dallas, Texas, District Attorney John Creuzol, City Attorney Tammy Palomino**

Please see additional list of parties

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Plaintiff seeks assistance w/ summoning all parties named. Plaintiff further motion for expedited hearing on motion for leave to file.

Page 1 of 1

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Delovis Phillips
- Address: P.O. Box 530236
- City: Grand Prairie
- State: TX
- Zip Code: 75053
- County: Dallas
- Telephone Number: (469) 671-8941
- E-Mail Address: delonsphillips360@aol.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: United States Department of the Treasury
- Job or Title (if known): Daniel I. Werfel
- Address: 1500 Pennsylvania Ave. NW
- City: Washington
- State: DC
- Zip Code: 20220
- County:
- Telephone Number: (202) 622-2000
- E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

**Defendant No. 2**
- Name: United States Attorney
- Job or Title (if known): Leigha Simonton
- Address: 1100 Commerce St.
- City: Dallas
- State: TX
- Zip Code: 75242
- County: Dallas
- Telephone Number: (972) 559-5000
- E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity


Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Social Security Administration
Job or Title (if known): Office of Inspector General
Address: 330 Independence Ave. SW
Washington, DC 20201
City / State / Zip Code

County:
Telephone Number: (202) 619-0335
E-Mail Address (if known):

☑ Individual capacity   ☐ Official capacity

Defendant No. 4
Name: Kilolo Kijazaki
Job or Title (if known): Acting SSA Commissioner
Address: 6401 Security Blvd
Baltimore, MD 21235
City / State / Zip Code

County:
Telephone Number: (410) 965-3120
E-Mail Address (if known): Kilolo.Kijakazi@ssa.gov

☑ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Please see attached page for additional defendants

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights and violation of the 14th Amendment

Plaintiff seeks: special damages

A. Are you bringing suit against (check all that apply):
   ☑ Federal officials (a *Bivens* claim)
   ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Plaintiff alleges being battled and battered by decade long conspiracy 18 USC 242, 18 USC 241, 18 USC 1503. The actions of all involved are committed as malicious,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? deliberate & wanton retaliation

Plaintiff alleges civil & constitutional rights violation for failure to intervene in violation 42 USC 1985 by methodical retaliation ③

Additional Parties
B. Defendants

Defendant 5
Name: PACER - Public Access to Court Electronic Records
Job Title: Administrative Office of the U.S. Courts
Address: One Columbus Circle, NE
Washington, D.C. 20544

County:
Telephone: 800 676-6856 & (202) 502-2600
Email: pacer@psc.uscourts.gov
[X] Individual Capacity   [X] Official Capacity

Defendant 6
Name: City of Dallas Texas
Job Title: Tammy Palomino
Address: 1500 Marilla St. Rm 7DN
Dallas, Texas 75201

County: Dallas
Telephone: (214) 670-3519   Fax: (214) 670-0622
Email: att.frontdesk@dallas.gov
[X] Individual Capacity   [X] Official Capacity

(4)

# Additional Parties
## B. Defendants

**Defendant 7**
Name: The Federal Bureau of Investigation
Job title: Christopher Wray - Director
Address: 1 Justice Way
Dallas, TX 75220

County: Dallas
Telephone: (972) 559-5000
Email: fbi@fbi.gov
[X] Individual Capacity   [X] Official Capacity

**Defendant 8**
Name: Texas Health and Human Services
Job title: Commissioner Jennifer A. Shuford
Address: 4601 W. Guadalupe St.
Austin, Texas 78751-3146

County:
Telephone: (512) 424-6500  (512) 776-7363
Email: jennifer.shuford@hhs.gov
[X] Individual Capacity   [X] Official Capacity

5

Additional Parties
B. Defendants

Defendant 9
Name: Dallas County Texas
Job title: District Attorney John Creuzot
Address: 133 N. Riverfront Boulevard LB19
Dallas, Texas 75207

County: Dallas
Telephone: (214) 653-3600
Email: john.creuzot@dallascounty.org
☒ Individual Capacity  ☒ Official Capacity

Defendant 10
Name: City of Dallas Hall Texas
Job title: Mayor Eric L. Johnson
Address: 1500 Marilla St. Suite 5EN
Dallas, Texas 75201

County: Dallas
Telephone: (214) 670-3301
Email: eric.johnson@dallascityhall.com
☒ Individual Capacity  ☒ Official Capacity

Defendant 11 Medicare
Address: 330 Independence Ave. SW
Washington, D.C. 20201
Phone: (202) 619-0335

⑥

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> Plaintiff alleges no acting parties as individuals intervened in known, relentless, retaliatory "open" quid pro quo against plaintiff for over a decade and ongoing

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

> Schools (DCCCD, universities) government agencies, government departments, hospitals, public, stores, & public transportation as strategic blacklisting, battering, unlawful inconvenience & lawless picking

B. What date and approximate time did the events giving rise to your claim(s) occur?

> continuously for over a decade and half, and going from 2007 until present Plaintiff ref as support remand 15-10073 Groden v. City of Dallas et al

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

> Plaintiff continues to endure being subjected to methodical, malicious, wanton psychological trauma, emotional distress & emotional pain resulting in zero sleep and inexpressible pain adding to pain of 1998 injury of back, spine, neck & stomach

Page 4 of 6

Plaintiff reference as support Robert Groden v. City of Dallas DC-06-12501 personal injury 3:10-CV-1280 Constitutional Rights violated DC-14-01257 civil rights

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Psychological counseling for undiagnosed psychological trauma for a documented history of a methodically operated heinous, unpatriotic, unconstitutional, un-American conspiracy that has persisted in fury for over a decade that manifest in fabricated gov't records, false case files, sabotaged court filings, stolen sealed exhibits and it is all documented in low to high courts defying law, reason and logic.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) Plaintiff seeks the total removal of fabricated police report documented @ Dallas Police (10.25.2013);

2) Plaintiff seeks all access to medical records and remedies from SSA. Plaintiff has been waiting for over two years. The same is true for Texas Health & Human services

3) Plaintiff seeks access to counseling & psychiatric care at the expense of all parties for Plaintiff now and in the future.

4). Plaintiff seeks in-person meeting with all parties to discuss and communicate revisions, amendments to avoid the neglect of any future complainant because of race, sexuality,

V. Relief con't

or any other reason. Plaintiff seek reparations for being lawlessly treated less than other.

5) Plaintiff seeks warranted monetary damages for deliberate neglect of life & law.
   a. actual damages
   b. punitive damages
   c. additional damages
   d. compensatory damages
   e. special damages
   f. irreprable damages
   g. Erroneous/hedonic damages
   h. any/all other recoverable damages as required by Judge, jury, and law. and
   I. plaintiff seek reparations for being subjected to systemic and lawless bias her entire life as a child, adult (mother & grandfather), and as a divinely born Texan, American. Plaintiff demands trial by jury.

(9)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[Handwritten: Plaintiff has never, ever once filed a frivolous complaint. It is double standards, hate, bias & racism that continues to be dangerously vexatious]*

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *[Handwritten: 10:50 AM April 13, 2023]*

Signature of Plaintiff: *[Handwritten signature]*

Printed Name of Plaintiff: *[Handwritten: Deloris Phillips]*

*[Handwritten: Pro Se in forma pauper plaintiff]*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____ City _____ State _____ Zip Code
Telephone Number _____
E-mail Address _____

